MM-T
14-872
FILED
JUL 2 3 2014
JUDGE AMY ST. EVE
United States District Court

1. The plaintiff graciously request on the statue of (735 ILCS 5/11-102) (from Ch. 110, par. 11-102), an injunction temporarily.

2. Acknowledging the alleged defendants wrong doings to, meet the statues federal correspondence. Complaint was filed in the Northern district court of Illinois; Plaintiff Haasan Hijrahannah v. _def jam. The first status hearing was brought to sustain. The plaintiffs complaint. Whereas the defendant enlisted in the original complaint is dissolved by proclamation and has been represented by their parent company " Universal music group".

3. The plaintiff represented in this state and of nation of law. Accommodated by an litigant status of pro-se indigent. Since the first status hearing state has exponentially change. Undergoing homelessness and registering with township general assistance agencies.

4. The defendants motion to dismiss. Has an ongoing status for, September,11-2014. Rediscovering more and more deceptive fillings to the court. The plaintiff had filled an emergency motion. Which was denied. I wanted to state as the plaintiff an exponential service, to be held accountable for the legality of this docketed information. The original complaint that was moved to dismiss has, statue of administrative review ,as well as being forwarded to correct departments of authority for prosecutions.

5. While stated under pretence of legality. Representation in the original complaint. Is being further unconscionably exploited. In the face of the plaintiff and the court. The plaintiff has undergone provisional accommodations . Towards representation as an  pro se plaintiff . Further providing an investigatory note of the defendants illegal defense.

6. Supporting all claims and allegations reserved in the original complaint numbered by 14vcv872. That with the United states copyright catalog, has in accordance relayed that the original rebuttal brought by the defense to the court is an, further deceptive ploy. Lawful practices by this entity are not acknowledged by the U.S. copyright laws. That within the original complaints face is brought as, an violation under Title 17. The defendants variable defense by means of registries to be required to bring an copyright prosecution . Is not correct and the cause of action under Antitrust violations. Accommodate the plaintiffs full accusations.

7. While the practices of the defendant listed on the original complaint ,as well as the substituted defendant. Have been deceptively transferring licensure ,to the U.S. copyright office, with practices that suggest illegal acquisitions of monopolies.

8. Songs that were originally written by the plaintiff and misappropriated by the defendant. Have been passed off continuously and registered pseudonymous or not registered at all due, to the original owners personal property precautionary  practices. Illegally by un original authors and other alias.

9. The plaintiff hereby files EMERGENCY motion. Sadet v. Am. motors corp.)(Friedman v. Thorson)(Coca cola Co. v. Almakeo).Towards represented issues come forth of; Federal rule 65(a)(1).Under short face example of :

Authors are all listed as pseudonymous. Works towards registries are not listed with an original owner or writer. Also, list the acquisition as an electronic file.Correlating the plaintiffs complaint.

Artist ; Travis Porter _ Song title ; The money

The defendants A and R department in recipient of digitally transferable data. Illegally transferred acquisition rights and infringed on an application of instrumental production used by the plaintiff with an program entitled Fruity loops . In this accord as well as full lyrical composition.

Artists ; Ty dolla $ / The Game ft Two short_ Song title ; Or nah / Or nah

The represented artist by the universal music group represented . Is an undertaking of an minors work to, personify an un specified friend from child hood whose commercial adaptation with music ,was used to designate personal property. Whereas the lyrical composition that is being duplicated is an infringed accord. Also, is being copied title wise and lyrical missaproriations. Under another artist within the record labels monopoly.

Artist ; Drake _ Lyric ; Man it's 2008, I'm tryna paint the picture. Comeback Season in the works and now I'm thinkin' bigger.

Repetitive practices promoted by the defendant. Using an catalog of prior completed accords. That is being reduplicated unlawfully. Comprising fraudulent illegal registries with the U.S copyright office. This song has an release date of 2014. Though the defendants denial of using priorly submitted works. Is being subdued due to original owner practices. Further replications should be taken from this companies department.

Artists ; yo gotti, meek mills , Kevin gates song titles ; I know, I don't know, don't know

Repetitive practice of personal accords to compose an full exclusive limited edition catalog.

Artists ; G-unit, Hit boy _ song title ; Grindin my whole life, Grindin my whole life

Repetitive practice of personal accords to compose an full exclusive limited edition catalog

10.The plaintiff ask the court to grant an preliminary injunction against the defendant. Affecting the arranging department of operations. Karen Kwak SENIOR VICE PRESIDENT, A&R OPERATIONS, OFFICE OF THE CHAIRMAN FOR THE ISLAND DEF JAM MUSIC GROUP. That was notified of infringed accords. As well as served with an notarized cease and desist order. Correlating the plaintiffs original complaint and docketed exhibits. Entered toward preliminary relief and complaint amendment . That has illegally been acquiring personal property of the plaintiffs', to cease and desist. In accordance to the Copyright act section 503(a) by impoundment of electronic data amounting to compositions as well as, hand written sheet music of cataloged accords.

11.Locally prosecuted under 735 ILCS 5/11-101 FRCP 65(65(a).Exhibited correlated evidences, by court submitted document by letter head as exhibit F1. Submitted and recorded by the Illinois Northern district court on July 8,2014, RE established July 21,2014 by filling another emergency motion from pro se plaintiff . Headed with the clerk deputy as the recipient of docket filling.

12. Wherefore the plaintiff graciously ask the court to provide this relief upon acceptance with, the Illinois Northern district court. Toward further judicial procedures towards the reprimand of this entity.

Hasan Hajrullahu
1001 S 23 ave
Bellwood IL
60104

Tabet DiVito + RothStein LLC
Rookery Building
209 S. LaSalle St
7th floor, Chicago IL
60604

JS 44 (Rev. 3/13)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
HAASAN HijraHannaH

## DEFENDANTS
Def Jam Recordings,

**(b)** County of Residence of First Listed Plaintiff: Cook
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: New York
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
HAASAN H. HijraHannaH - Pro-Se litigant
1001 South 23 AVE, Bellwood, IL 60104
(708) 544-6983

Attorneys *(If Known)*

FEB X 2014

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- 1 U.S. Government Plaintiff
- 3 Federal Question (U.S. Government Not a Party)
- 2 U.S. Government Defendant
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**CIVIL RIGHTS**
- 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities Employment
- 446 Amer. w/Disabilities Other
- 448 Education

**PRISONER PETITIONS**
- 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- 530 General
- 535 Death Penalty
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 463 Habeas Corpus - Alien Detainee (Prisoner Petition)
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 840 Trademark

14cv872
Judge St. Eve
Mag. Judge Keys

- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 400 State Reapportionment
- [X] 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit

State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- 2 Removed from State Court
- 3 Remanded from Appellate Court
- 4 Reinstated or Reopened
- 5 Transferred from Another District (specify)
- 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
(Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)
15 U.S.C. 45 - Federal Trade Commission Act / Unlawful deceptive policy Correlating fraudulent practice

## VII. Previous Bankruptcy Matters
(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes [X] No

## IX. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: Cheryl D. Ingram
DOCKET NUMBER

## X. This case (check one box)
☐ Is not a refiling of a previously dismissed action
[X] is a refiling of case number 13-D-64106 previously dismissed by Judge _____

DATE

SIGNATURE OF ATTORNEY OF RECORD

## APPEARANCE FORM FO[R]
## DISTRICT COURT FOR THE NOR[THERN]

14cv872
Judge St. Eve
Mag. Judge Keys

Information entered on this form is required for a[ny] party (that is, without an attorney).

NAME: Haasan HijraHannaH
(Please print)

STREET ADDRESS: 1001 South 23 Avenue

CITY/STATE/ZIP: Bellwood, IL, 60104

PHONE NUMBER: 708-544-6983

CASE NUMBER: _____

_Haasan Hijrahannah_     02-07-2014
Signature     Date

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

☐    I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

_____
E-Mail Address

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

HAASAN H. Nijrahannah

V.

Def Jam Recording

CASE NUMBER: 14cv872
ASSIGNED JUDGE: Judge St. Eve
DESIGNATED MAGISTRATE JUDGE: Mag. Judge Keys

TO: (Name and address of Defendant)

Universal Music Group
825 eigth avenue world wide Plaza 28th Floor, New York, NY 10019
attn: Registered Agent
CT Corporation System    CARE OF
111 eigth avenue New York, NY 10111    Universal Music Group

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HAASAN H. Nijrahannah
1001 South 23 Ave
Bellwood, IL
60104

an answer to the complaint which is herewith served upon you within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Thomas G. Bruton, CLERK

_____          _____
(By) DEPUTY CLERK                                    DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                   Date                    *Signature of Server*

                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = Yo gotti I know
Search Results: Displaying 1 through 25 of 10000 entries.


◀ previous | 26 51 76 101 126 ... 9976 next ▶

Set Search Limits

Resort results by: Date (descending) ▼

| # | Relevance | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [1] | ▮▮▮▮ | Bottles On The Way, et al. | SRu001160308 | 2014 |
| [2] | ▮ | Malcolm Flex | PRE000007230 | 2014 |
| [3] | ▮▮▮▮ | I Am. | SR0000737837 | 2013 |
| [4] | ▮▮ | King Sh*t. | SR0000737838 | 2013 |
| [5] | ▮▮▮▮ | Numb. | PA0001888817 | 2013 |
| [6] | ▮ | Filigrana, et al. | SRu001163714 | 2013 |
| [7] | ▮▮▮▮ | Die A Real N***a. | PA0001893838 | 2013 |
| [8] | ▮▮▮▮ | Act Right. | PA0001862395 | 2013 |
| [9] | ▮▮▮▮ | Act Right / by Yo Gotti, featuring Jeezy & YG (#G010003004386X) | SR0000729309 | 2013 |
| [10] | ▮▮▮▮ | Check. | PA0001869118 | 2013 |
| [11] | ▮▮▮▮ | Mailbox. | SR0000733122 | 2013 |
| [12] | ▮▮▮ | King Sh*t. | PA0001874498 | 2013 |
| [13] | ▮▮▮▮ | Don't Come Around. | PA0001874503 | 2013 |
| [14] | ▮▮▮▮ | LeBron James. | PA0001874566 | 2013 |
| [15] | ▮ | Moedeezys. | PAu003705950 | 2013 |
| [16] | ▮▮▮▮ | LeBron James, et al. | SR0000735814 | 2013 |
| [17] | ▮ | I'll Rise Again, et al. | PAu003668761 | 2013 |
| [18] | | Pull up, et al. | SRu001125732 | 2013 |
| [19] | ▮ | Inner Struggle, et al. | PAu003682854 | 2013 |
| [20] | ▮▮▮▮ | 4 What feat. Jeezy, Yo Gotti & Juicy J (Explicit Version) | SR0000725090 | 2013 |
| [21] | ▮▮▮▮ | 4 What feat. Jeezy, Yo Gotti & Juicy J (Clean Version) | SR0000725093 | 2013 |
| [22] | ▮▮▮▮ | Until Eternity/ The Hangover 2.753 : 11. | PAu003658132 | 2013 |
| [23] | ▮▮▮▮ | Cases. | PA0001888061 | 2012 |
| [24] | ▮▮▮▮ | Go Girl. | PA0001888062 | 2012 |
| [25] | ▮▮▮▮ | We Can Get It On. | PA0001888065 | 2012 |

Resort results by: Date (descending) ▼

Set Search Limits



Clear Selected | Retain Selected

◀ previous | 26 51 76 101 126 ... 9976 next ▶

Save, Print and Email (Help Page)

| Records | Select Format: Full Record ▼ | Format for Print/Save | |
|---|---|---|---|
| ○ All on Page<br>● Selected On Page<br>○ Selected all Pages | Enter your email address: | | Email |

Search for: Yo gotti I know          Search by: Keyword                                    ▼ Item type: None                    ▼

25 records per page ▼                                   Submit  Reset

Help  Search  History  **Titles**  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page
| Library of Congress Home Page

Case: 1:14-cv-00872 Document #: 29 Filed: 07/23/14 Page 10 of 19 PageID #:192



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = dont know kevin gates
Search Results: Displaying 1 through 25 of 10000 entries.



previous | 1 26 51 76 101 126 ... 9976 | next

Set Search Limits

Resort results by: Date (descending)

| # | Relevance | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [1] | | Bottles On The Way, et al. | SRu001160308 | 2014 |
| [2] | | Malcolm Flex | PRE000007230 | 2014 |
| [3] | | I Am. | SR0000737837 | 2013 |
| [4] | | LeBron James, et al. | SR0000735814 | 2013 |
| [5] | | Die A Real N***a. | PA0001893838 | 2013 |
| [6] | | Until Eternity/ The Hangover 2.753 : 11. | PAu003658132 | 2013 |
| [7] | | LeBron James. | PA0001874566 | 2013 |
| [8] | | Don't Come Around. | PA0001874503 | 2013 |
| [9] | | Mailbox. | SR0000733122 | 2013 |
| [10] | | Check. | PA0001869118 | 2013 |
| [11] | | Act Right / by Yo Gotti, featuring Jeezy & YG (#G010003004386X) | SR0000729309 | 2013 |
| [12] | | Act Right. | PA0001862395 | 2013 |
| [13] | | 4 What feat. Jeezy, Yo Gotti & Juicy J (Clean Version) | SR0000725093 | 2013 |
| [14] | | 4 What feat. Jeezy, Yo Gotti & Juicy J (Explicit Version) | SR0000725090 | 2013 |
| [15] | | Numb. | PA0001888817 | 2013 |
| [16] | | King Sh*t. | SR0000737838 | 2013 |
| [17] | | King Sh*t. | PA0001874498 | 2013 |
| [18] | | Pull up, et al. | SRu001125732 | 2013 |
| [19] | | Filigrana, et al. | SRu001163714 | 2013 |
| [20] | | Moedeezys. | PAu003705950 | 2013 |
| [21] | | Inner Struggle, et al. | PAu003682854 | 2013 |
| [22] | | I'll Rise Again, et al. | PAu003668761 | 2013 |
| [23] | | Go Girl. | PA0001888062 | 2012 |
| [24] | | 5 Star (Remix) | PA0001824524 | 2012 |
| [25] | | Go Girl. | PA0001822465 | 2012 |

Set Search Limits

Resort results by: Date (descending)

Clear Selected | Retain Selected

previous | 1 26 51 76 101 126 ... 9976 | next

Save, Print and Email (Help Page)

| Records | Select Format: Full Record ▼ [Format for Print/Save] |
|---|---|
| ○ All on Page<br>⦿ Selected On Page<br>○ Selected all Pages | Enter your email address: [_____] [Email] |

Search for: dont know kevin gates    Search by: Keyword [_____] ▼   Item type: None ▼

25 records per page ▼    [Submit] [Reset]

Help  Search  History  **Titles**  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page
| Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = I dont know meek mills
Search Results: Displaying 1 through 25 of 10000 entries.



previous | 26 51 76 101 126 ... 9976 next

Resort results by: Date (descending)

Set Search Limits

| # | Relevance | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [1] | | Young & Gettin' It. | PA0001826495 | 2012 |
| [2] | | Rich & Famous. | PA0001824533 | 2012 |
| [3] | | CHECK ME OUT. | PA0001814037 | 2012 |
| [4] | | Fading of Your Face. | SRu001087654 | 2012 |
| [5] | | Experimental general chemistry / By Jason Manchester & Violet I. Meek. TX 1-363-417. | V3476D798 | 2001 |
| [6] | | Experimental general chemistry; instructor's guide for / By Violet I. Meek & Jason Manchester. TX 1-363-417 (1984) | V2475P443 | 1989 |
| [7] | | Instructor's guide for Experimental general chemistry, [by] Lippincott, Meek, Gailey & Whitten / Violet I Meek, Jason Manchester. | TX0001363417 | 1984 |
| [8] | | Ever by my side / Susan Meek [i.e. words Susan L. Meek] ; Diane Fleming [i.e. music C. Diane Fleming] | PAu000053879 | 1978 |
| [9] | | I can do all things / Susan Meek [i.e. words Susan L. Meek] ; Diane Fleming [i.e. music C. Diane Fleming] | PAu000053878 | 1978 |
| [10] | | Each small gift / Susan Meek [i.e. words Susan L. Meek] ; Diane Fleming [i.e. music C. Diane Fleming] | PAu000053877 | 1978 |
| [11] | | Boom boom song / Gene Mills [i.e. music & arr. Gene Harden Mills] | PAu000033954 | 1978 |
| [12] | | Dennis Marcellino Collected Works #1. | SRu000874079 | 2007 |
| [13] | | Profile of the Wabash & Erie Canal : showing locks, aqueducts, major feeders, flood-gates, and waste-wiers / drawn by Thomas Meek ; assisted by Julia Meek [i.e. technical drawing, text Thomas Newell Meek ; pictorial drawings Julia Marie Meek] | VA0000149491 | 1984 |
| [14] | | Hang the consequences / M. R. D. Meek [i.e. Margaret R. D. Meek]. | TX0001675593 | 1984 |
| [15] | | Ferbert / Meek [i.e. William S. Meek] | VA0000129064 | 1982 |
| [16] | | Sun kissed adorables / Bobbie Meek [i.e. Barbara Lynn Anthony Meek] | VA0000110614 | 1982 |
| [17] | | Index of Bureau of Land Management instruction and information memos with organic act directives / by W. F. Meek [i.e. W. Frank Meek]. | TX0001017211 | 1982 |
| [18] | | University of Papua New Guinea : a case study in the sociology of higher education / V. Lynn Meek [i.e. Vincent Lynn Meek]. | TX0000974879 | 1982 |
| [19] | | Tender moments : [no.] 5-8 / by George J. Meek [i.e. George Jerome Meek] | VAu000018829 | 1980 |
| [20] | | After we die, what then? / George W. Meek [i.e. George William Meek]. | TX0000536667 | 1979 |
| [21] | | Experimental general cheimstry. By William T. Lippincott, Devon Walter Meek, Frank Henry Verhoek. | RE0000786364 | 1970 |
| [22] | | Blueprint 2 : The gift & the curse / Jay-Z. | SR0000322381 | 2002 |
| [23] | | I am Meek, and Humble of Heart. | TXu001819878 | 2012 |
| [24] | | Put a Smile On, et al. | PAu003358533 | 2008 |
| [25] | | I don't know why. | PAu002180354 | 1997 |





# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = Travis porter the money
Search Results: Displaying 76 through 100 of 10000 entries.



previous 1 26 51 76 101 126 151 176 201 ... 9976 next

Resort results by: Relevance

Set Search Limits

| # | Relevance | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 76 ] | | MYSTERY DINERS : YM-0503H, Money on the Side. | PA0001888150 | 2014 |
| [ 77 ] | | Nick, et al. | SRu001156985 | 2014 |
| [ 78 ] | | Ocean, et al. | SRu001157603 | 2014 |
| [ 79 ] | | Out, et al. | SRu001160169 | 2014 |
| [ 80 ] | | Perfect, et al. | SRu001162484 | 2014 |
| [ 81 ] | | Piggy Bank's Way to Think | PRE000007082 | 2014 |
| [ 82 ] | | Polychromatic. | SRu001156941 | 2014 |
| [ 83 ] | | Queen. | VAu001171564 | 2014 |
| [ 84 ] | | Raise The Money. | VA0001909048 | 2014 |
| [ 85 ] | | Reach For The Stars, et al. | PAu003711434 | 2014 |
| [ 86 ] | | Real life reggaeton trap, et al. | SRu001170043 | 2014 |
| [ 87 ] | | Reason. | PAu003720819 | 2014 |
| [ 88 ] | | Routes | PRE000006920 | 2014 |
| [ 89 ] | | Scream, et al. | PAu003727586 | 2014 |
| [ 90 ] | | She Bad, et al. | SRu001171201 | 2014 |
| [ 91 ] | | Show, et al. | SRu001161197 | 2014 |
| [ 92 ] | | Show me the money. | PAu003726748 | 2014 |
| [ 93 ] | | Songs by James Duncan 3-17-2014. | PAu003724412 | 2014 |
| [ 94 ] | | Spirits Rising, et al. | SRu001172406 | 2014 |
| [ 95 ] | | Take Care Of Me, et al. | SRu001161171 | 2014 |
| [ 96 ] | | Take Me, et al. | SRu001168210 | 2014 |
| [ 97 ] | | That White Girl. | PAu003718344 | 2014 |
| [ 98 ] | | Thing for You; et al. | SRu001171433 | 2014 |
| [ 99 ] | | Tommy Barker Song Collection. | PAu003709999 | 2014 |
| [ 100 ] | | Track 01_Something Real, et al. | SRu001162954 | 2014 |

Resort results by: Relevance

Set Search Limits

Clear Selected  Retain Selected

previous 1 26 51 76 101 126 151 176 201 ... 9976 next

**Save, Print and Email (Help Page)**

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?ti=76,0&Search%5FArg=Travis%20porter... 7/20/2014

| Records | Select Format: Full Record ▼ | Format for Print/Save |
|---|---|---|
| ○ All on Page<br>⦿ Selected On Page<br>○ Selected all Pages | Enter your email address: | Email |

Search for: Travis porter the money    Search by: Keyword                               ▼ Item type: None ▼

25 records per page ▼                    Submit   Reset

Help   Search   History   **Titles**   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page
| Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = Hit boy grindin my whole life
Search Results: Displaying 1 through 25 of 10000 entries.

previous | 26 51 76 101 126 ... 9976 | next

Resort results by: Date (descending) ▾    Set Search Limits

| # | Relevance | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [1] |  | Ghostrage Catalog. | SRu001163298 | 2014 |
| [2] |  | All I Do Is Ball, et al. | SRu001159958 | 2014 |
| [3] |  | When Life Hit You With Lemons (English Version) | PRE000007287 | 2014 |
| [4] |  | Answers for Life Whole Bible. | TX0007875429 | 2014 |
| [5] |  | Million Dollar Mission, et al. | SRu001162562 | 2014 |
| [6] |  | Another Try, et al. | PAu003715808 | 2014 |
| [7] |  | Let The Music Be Your Guide, et al. | SRu001158017 | 2014 |
| [8] |  | Whole Life, A Head. | PAu003712182 | 2014 |
| [9] |  | My Whole World. | PAu003716008 | 2014 |
| [10] |  | With My Whole Heart. | SRu001158278 | 2014 |
| [11] |  | Derek Ventura Song Collection - Volume 1. | SRu001171638 | 2014 |
| [12] |  | Aint got time for strugglin. | SRu001164933 | 2014 |
| [13] |  | 22 Days Left, et al. | SRu001163212 | 2014 |
| [14] |  | This is my boy, my girl, my child. | SRu001171771 | 2014 |
| [15] |  | Ade (Best Friend), et al. | SR0000741142 | 2014 |
| [16] |  | Peach on a Plate (Until I Dined on You), et al. | SRu001163531 | 2014 |
| [17] |  | Whole Life, A head, the Life and Times of Michael Rockefeller full screenplay. | PAu003709969 | 2014 |
| [18] |  | From The Mountains To The Sea, et al. | SRu001156169 | 2014 |
| [19] |  | Malcolm Flex | PRE000007230 | 2014 |
| [20] |  | Gettin Money, et al. | SRu001164057 | 2014 |
| [21] | ▮▮▮ | The Wake Up, et al. | SRu001139952 | 2013 |
| [22] | ▮ | 1 Train. | PA0001900010 | 2013 |
| [23] |  | Baby Can We Go, et al. | SRu001113653 | 2013 |
| [24] |  | Keep Hope Alive, et al. | SRu001106268 | 2013 |
| [25] |  | I Give My Life To You. | SRu001166450 | 2013 |

Resort results by: Date (descending) ▾    Set Search Limits

Clear Selected   Retain Selected

previous | 26 51 76 101 126 ... 9976 | next

**Save, Print and Email (Help Page)**

| Records | Select Format: Full Record ▼ | Format for Print/Save |
|---|---|---|
| ○ All on Page<br>● Selected On Page<br>○ Selected all Pages | Enter your email address: | Email |

Search for: Hit boy grindin my whole   Search by: Keyword          ▼ Item type: None ▼

25 records per page ▼          Submit   Reset

Help   Search   History   **Titles**   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page
| Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = g unit grindin my whole life
Search Results: Displaying 4551 through 4575 of 10000 entries.

◀ previous  1 ... 4501 4526 4551 4576 4601 4626 4651 4676 ... 9976  next ▶

Resort results by: Relevance

Set Search Limits

| # | Relevance | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 4551 ] | | Greatest performance of my life / By Sandro & Anderle. | V1977P558 | 1983 |
| [ 4552 ] | | Greatest performance of my life / By Sandro & Anderle. | V2019P070 | 1983 |
| [ 4553 ] | | Greatest summer of my life / Rogers. | PAu000927131 | 1987 |
| [ 4554 ] | | Greatest thing (Das hochste meines lebens) (Greatest thing in all my life) By Mark Pendergrass. | V3079P362 | 1995 |
| [ 4555 ] | | Greatest thing to happen in my life. | V2240P045 | 1986 |
| [ 4556 ] | | Greece in my life. By Sir Edward Morgan Compton Mackenzie. | RE0000376822 | 1960 |
| [ 4557 ] | | Green eyes / Co-writers, Eykah Badu & Vikter Cooke. | V3475D606 | 2001 |
| [ 4558 ] | | Green Hill road / Co-writer, Ronan Itzhaki. | V3061P163 | 1994 |
| [ 4559 ] | | Greg Morris : vol. 1. | PAu001983611 | 1995 |
| [ 4560 ] | | Gregg Clemons / [all songs written by] G. Clemons. | SR0000020814 | 1980 |
| [ 4561 ] | | Grindin. | PAu003359053 | 2008 |
| [ 4562 ] | | Grindin', et al. | SRu000997874 | 2010 |
| [ 4563 ] | | Grindin' my blues away / by Gordon Harrison. | PAu000115512 | 1979 |
| [ 4564 ] | | Grindin Season. | SRu000892245 | 2007 |
| [ 4565 ] | | Grits / Artist: Doc Bagby. | V2230P481 | 1986 |
| [ 4566 ] | | Grits / By Harry "Doc" Bagby & Irv Nahan. EU598150 (1959) | V2230P466 | 1986 |
| [ 4567 ] | | Groove. | V3511D849 | 2004 |
| [ 4568 ] | | Groove ya / By Marvin Rivera, Thomas Rivera, William Taylor, Jon Gass. | V2804P016 | 1992 |
| [ 4569 ] | | Groove yard / By Marian McPartland. From In my life. | V3441D412 | 1999 |
| [ 4570 ] | | Groove yard / From album title In my life. Artist: Marian McPartland. | V3520D028 | 2005 |
| [ 4571 ] | | Group life enricher : a group interest sensitive whole life insurance trust. | TX0003154378 | 1990 |
| [ 4572 ] | | Grrewggrab bunch song. | PAu000743176 | 1985 |
| [ 4573 ] | | Guess again / Co-writers: Bob Regan & George Teren. | V3270P035 | 1996 |
| [ 4574 ] | | Guests of my life / Elizabeth Watson ; ill. by Ann Mikolowski. | TX0000377438 | 1979 |
| [ 4575 ] | | Guide my life, oh Lord! | PAu001869214 | 1994 |

Resort results by: Relevance

Set Search Limits

Clear Selected    Retain Selected

◀ previous  1 ... 4501 4526 4551 4576 4601 4626 4651 4676 ... 9976  next ▶

Case: 1:14-cv-00872 Document #: 29 Filed: 07/23/14 Page 19 of 19 PageID #:201

| Save, Print and Email (Help Page) | |
|---|---|
| **Records** | Select Format: Full Record ▼ Format for Print/Save |
| ○ All on Page<br>◉ Selected On Page<br>○ Selected all Pages | Enter your email address: [ Email ] |

Search for: g unit grindin my whole li  Search by: Keyword                                   ▼ Item type: None  ▼

25 records per page ▼                            Submit  Reset

Help  Search  History  **Titles**  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page
| Library of Congress Home Page