# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

January 8, 2015

Before:     DIANE P. WOOD, Chief Judge

RICHARD D. CUDAHY, Circuit Judge

JOHN DANIEL TINDER, Circuit Judge

**CERTIFIED COPY**
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| | |
|---|---|
| No.: 14-2790 | HAASAN H. HIJRAHANNAH,<br>Plaintiff - Appellant<br><br>v.<br><br>UMG RECORDINGS, INC.,<br>Defendant - Appellee |

**Originating Case Information:**

District Court No: 1:14-cv-00872
Northern District of Illinois, Eastern Division
District Judge Amy J. St. Eve

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)